IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA CLARK,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**RED & BLUE DICE CORPORATION, RED & BLUE DICE 2 CORPORATION, and AZHARUL ISLAM,**<br><br>Defendants. | Case No. 2:24-cv-01386-JFM |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Patricia Clark ("Plaintiff"), by and through her counsel, for her Motion for Default Judgment ("Motion"), hereby states and alleges as follows:

1. Plaintiff filed her Original Complaint on April 3, 2024 (Dkt. No. 1) against Defendants Red & Blue Dice Corporation, Red & Blue Dice 2 Corporation, and Azharul Islam ("Defendants").

2. Plaintiff filed a Notice of Filing Additional Consent on behalf of Early Opt-In Randy Ziegler on June 7, 2024. Dkt. No. 3.

3. Plaintiff served Defendants with the Complaint and Summons and filed the Proof of Service on June 6, 2024. Dkt. Nos. 4-6.

4. Defendants' deadline for filing and serving an Answer or Motion to Dismiss was June 27, 2024, and no other time limit was fixed by this Court.

5. Defendants have not filed or served an Answer or Motion to Dismiss in accordance with Fed. R. Civ. P. 12(a)(1).

6. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted.

7. Defendants are not in military service, so 50 U.S.C. § 3931 is no bar to entry of a default judgment against Defendants.

8. On August 21, 2024, the clerk entered Default against Defendants. Dkt. No. 10.

9. Plaintiff Patricia Clark and Early Opt-In Randy Ziegler are entitled to Judgment by default against Defendants based on the claims set forth in Plaintiff's Complaint, which alleged:

   a. The FLSA regulates, among other things, the payment of minimum wage by employers whose employees are engaged in interstate commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. §206(a). Dkt. No. 1. ¶ 39.

   b. Defendants are subject to the FLSA's minimum wage requirements because corporate Defendant is an enterprise engaged in interstate commerce, and its employees are engaged in commerce. *Id*. at ¶ 40.

   c. Defendants employ delivery drivers who use their own automobiles to deliver pizza and other food items to their customers. However, instead of reimbursing delivery drivers for the reasonably approximate costs of the business use of their vehicles, Defendants use a flawed method to determine reimbursement rates that provides such an unreasonably low rate beneath any reasonable approximation of the expenses they incur that the drivers' unreimbursed expenses cause their wages to fall below the federal minimum wage during some or all workweeks. *Id*. at ¶ 1.

   d. Defendants employed Plaintiff as a delivery driver from approximately October of 2022 until February of 2023. *Id*. at ¶ 8.

  e. Defendants require their delivery drivers to maintain and pay for safe, legally- operable, and insured automobiles when delivering pizza and other food items. Defendants' delivery drivers incur costs for gasoline, vehicle parts and fluids, repair and maintenance services, insurance, depreciation, and other expenses while delivering pizza and other food items for the primary benefit of Defendants. *Id*. at ¶¶ 13-14.

  f. Defendants' delivery driver reimbursement policy reimburses drivers on a per-mile basis, but the per-mile reimbursement equates to below the IRS business mileage reimbursement rate or any other reasonable approximation of the cost to own and operate a motor vehicle. The result of Defendants' delivery driver reimbursement policy is a reimbursement of much less than a reasonable approximation of its drivers' automobile expenses. *Id*. at ¶¶ 15-16.

  g. Defendants' systematic failure to adequately reimburse automobile expenses constitutes a "kickback" to Defendants such that the hourly wages it pays to Plaintiff and Defendants' other delivery drivers are not paid free and clear of all outstanding obligations to Defendants. *Id*. at ¶ 20.

  h. Defendants willfully violated the provisions of the FLSA by adopting a pattern, practice, and policy which failed to pay Plaintiff in accordance with the law. *Id*. at ¶¶ 45-46

  10. Plaintiff Patirica Clark seeks a default judgment against Defendants Red & Blue Dice Corporation, Red & Blue Dice 2 Corporation, and Azharul Islam in the amount of $5,814.06, plus an equal amount as liquidated damages; for a total of $11,628.13 plus attorney's fees and costs. *See* Declaration of Patricia Clark, attached hereto as Exhibit 1; *see also* Patricia Clark Damage Calculations, attached hereto as Exhibit 2.

11. Early Opt-In Randy Ziegler seeks a default judgment against Defendants Red & Blue Dice Corporation, Red & Blue Dice 2 Corporation, and Azharul Islam in the amount of $31,780.57, plus an equal amount as liquidated damages; for a total of $63,561.14 plus attorney's fees and costs. *See* Declaration of Randy Ziegler, attached hereto as Exhibit 3; *see also* Randy Ziegler Damage Calculations, attached hereto as Exhibit 4.

12. In addition, Plaintiff seeks judgment against Defendants in the amount of $4,022.00 for attorneys' fees and costs. *See* Declaration of Katherine Serrano, attached hereto as Exhibit 5.

13. Plaintiff does not believe oral argument on this Motion is necessary. However, should the Court believe otherwise, Plaintiff is prepared to testify regarding the facts set forth in her Declaration.

WHEREFORE, premises considered, Plaintiff Patricia Clark and Early Opt-In Randy Ziegler respectfully request that this Court grant this Motion in full; find that Defendants violated the provisions of the Fair Labor Standards Act as alleged in Plaintiff's Complaint; enter a default judgment against Defendants in the amount of $11,628.13 to Plaintiff Patricia Clark; enter a default judgment against Defendants in the amount of $63,561.14 to Early Opt-In Randy Ziegler; award Plaintiff's counsel $4,022.00 for attorney's fees and costs; and for all other good and proper relief to which Plaintiff may be entitled, whether or not specifically requested herein.

/s/ Patrick Howard
Patrick Howard (PA #88572)
SALTZ MONGELUZZI & BENDESKY, P.C.
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 496-8282
Fax: (215) 754-4443
Email: phoward@smbb.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing will be served on all counsel and parties of record via the Court's e-filing system.

>*/s/ Patrick Howard*
>Patrick Howard