# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA CLARK | : CIVIL ACTION |
| | : |
| v. | : NO. 24-1386 |
| | : |
| RED & BLUE DICE CORPORATION, RED & BLUE DICE 2 CORPORATION, AZHARUL ISLAM | : : : |

## ORDER

AND NOW, this 20th day of March, 2024, upon consideration of Plaintiffs' Motion for Default Judgment (Dkt. #12) and supplemental briefing in support thereof (Dkt. #15), and having no objection from the Defendants thereto, the Court finds the Plaintiffs have filed a proper motion and affidavits in accordance with Fed.R.Civ.P. 55(a) and (b) and accordingly it is ORDERED that the motion is GRANTED AS FOLLOWS. JUDGMENT is hereby ENTERED in favor of the following Plaintiffs in the following amounts:

  (a) Plaintiff Patricia Clark is awarded $5,418.73 in unpaid vehicle reimbursements;

  (b) Plaintiff Patricia Clark is awarded $5,418.73 in liquidated damages;

  (c) Plaintiff Patricia Clark is awarded $2,011 in attorney's fees and costs;

  (d) Plaintiff Randy Ziegler is awarded $31,780.57 in unpaid vehicle reimbursements;

  (e) Plaintiff Randy Ziegler is awarded $31,780.57 in liquidated damages; and

  (f) Plaintiff Randy Ziegler is awarded $2,011 in attorney's fees and costs.

BY THE COURT:

_____
GAIL A. WEILHEIMER      J.